UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
DEC 6 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYNESH UMESH PATEL,<br><br>Defendant. | Criminal No. 1:22-cr-80<br><br>Violations:   18 U.S.C. § 1028A<br>                      18 U.S.C. § 1344 |

# INDICTMENT

The Grand Jury charges that:

## COUNTS ONE THROUGH THREE

### (Bank Fraud)

1. From in or about June 2019, to in or about October 2022, in Harrison County, Marion County, and Monongalia County, within the Northern District of West Virginia, and elsewhere, the defendant, **JAYNESH UMESH PATEL**, knowingly and intentionally devised a scheme and artifice to defraud financial institutions and to obtain moneys, funds, credits, assets, and securities, owned by and under the custody or control of financial institutions, by means of materially false and fraudulent pretenses, representations, and promises.

3. As part of the scheme, **JAYNESH UMESH PATEL** stole checks from a family member's businesses, then forged and deposited the checks into accounts at financial institutions that were insured by the Federal Deposit Insurance Corporation ("FDIC") and controlled by **JAYNESH UMESH PATEL**.

4.  It was further a part of the scheme that **JAYNESH UMESH PATEL** fraudulently changed deposit account information for a family member's investment and FDIC insured bank accounts and replaced them with account and routing information for bank accounts controlled by **JAYNESH UMESH PATEL**.

5.  It was further a part of the scheme that **JAYNESH UMESH PATEL** opened accounts at FDIC insured banks under false pretenses.

6.  It was further part of the scheme that **JAYNESH UMESH PATEL** wrote and deposited checks at FDIC insured banks which he knew were not sufficiently funded.

7.  For the purpose of executing, the scheme and artifice to defraud financial institutions and to obtain moneys, funds, credits, assets, and securities, owned by and under the custody or control of those financial institutions by means of materially false and fraudulent pretenses, representations, and promises, defendant **JAYNESH UMESH PATEL** knowingly committed the following actions, each constituting a separate count:

| Count | Date | Fraudulent Transaction |
|---|---|---|
| One | 1/7/2021 | **JAYNESH UMESH PATEL** deposited six stolen and forged checks payable to "Shree Swami" totaling $38,000 at the City National Bank branch in Clarksburg, West Virginia. |
| Two | 8/20/2021 | **JAYNESH UMESH PATEL** deposited a stolen and forged check payable to "Shree Swami" for $6,682 at a United Bank branch near Morgantown, West Virginia. |
| Three | 10/18/2021 | **JAYNESH UMESH PATEL** deposited two stolen and forged checks written payable to him totaling $4,000 at the Wesbanco Bank branch in White Hall, West Virginia. |

All in violation of Title 18, United States Code, Section 1344.

## COUNT FOUR

(Aggravated Identity Theft)

1. Paragraphs 1 through 7 relating to Counts One through Three, above, are incorporated herein by reference as if repeated and re-alleged in full.

2. On or about October 15, 2021, in Marion County, in the Northern District of West Virginia, the defendant, **JAYNESH UMESH PATEL**, did, without lawful authority, knowingly transfer, possess and use means of identification, that is, a victim relative's name, during in and relation to the offense of bank fraud, a violation of 18 U.S.C. § 1344, in violation of Title 18, United States Code, Section 1028A.

## COUNT FIVE

(Aggravated Identity Theft)

1. Paragraphs 1 through 7 relating to Counts One through Three, above, are incorporated herein by reference as if repeated and re-alleged in full.

2. On or about December 9, 2021, in Monongalia County, in the Northern District of West Virginia, and elsewhere, the defendant, **JAYNESH UMESH PATEL**, did, without lawful authority, knowingly transfer, possess and use means of identification, that is, a victim relative's name, during and in relation to the offense of bank fraud, a violation of 18 U.S.C. § 1344, and wire fraud a violation of 18 U.S.C. § 1343, in violation of Title 18, United States Code, Section 1028A.

## **FORFEITURE ALLEGATION**

1. Pursuant to Title 18, United States Code, Section 982(a)(2), and Title 21, United States Code, Section 853, upon obtaining a conviction with respect to an offense charged in Counts One through Three of the Indictment, in which the defendant is charged with bank fraud, it is the intention of the United States to seek at sentencing the forfeiture of any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the commission of the offense, including $10,717 seized from the defendant on or about October 17, 2022, and a money judgment in the amount of at least $450,000.

2. Pursuant to Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p)(1).

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM J. IHLENFELD, II
United States Attorney

Andrew R. Cogar
Assistant U.S. Attorney